In the Matter of Michele Cowell, Appellant, v Robert Pembrock, Respondent. [978 NYS2d 571]—

Memorandum: Petitioner mother appeals from an order that, inter alia, dismissed her petition seeking modification of a prior order that awarded custody of the subject child to respondent father. Contrary to the mother's contention, Family Court properly dismissed the petition following a hearing. In seeking a change in the established custody arrangement, the mother was required to show " 'a change in circumstances [that] reflects a real need for change to ensure the best interest[s] of the child' " (*Matter of Moore v Moore*, 78 AD3d 1630, 1630 [2010], *lv denied* 16 NY3d 704 [2011]), and the record supports the court's conclusion that the mother failed to make that showing (*see Matter of Horn v Horn*, 74 AD3d 1848, 1848 [2010], *lv denied* 15 NY3d 710 [2010]). Present—Smith, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.